# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

SAMUEL GAINES, JR., )
         Plaintiff, )
v. ) CV419-083
JOSE MORALES, Warden, )
         Defendants. )

## ORDER

*Pro se* prisoner Samuel Gaines, Jr. has filed this "Motion for Writ of Mandamus," though it does not specify what action he seeks. *See generally* doc. 1. The Clerk notified him that the pleading was deficient because he failed to either pay the Court's filing fee or seek leave to proceed *in forma pauperis*. Doc. 2. The proper handling of this pleading is complicated, however, by the fact that at least some of the issues he raises in his pleading appear to relate to a previous *habeas* action filed in the Middle District of Georgia, *Gaines v. Allen*, CV517-474, doc. 1 (M.D. Ga. Dec. 5, 2017). *See id.* at 5 (citing Fed. R. Civ. P. 60(d)(1) and suggesting this action seeks, in unedited form, relief "a part from a judgment" and to "set aside a judgment for fraud on the Court"). To the extent that this pleading is a continuation of that litigation, it is subject to Chief Judge J. Randall Hall's

Order in *Gaines, Jr. v. Morales*, CV119-028, doc. 3 (S.D. Ga. Mar. 8, 2019). That Order directs that any future filing "seek[ing] relief from final judgment in [the Middle District *habeas* case]" should be "immediately forward[ed] . . . to that District." *Id.* at 2.

Though largely inscrutable, to the extent that the Court can discern the substance of Gaines' pleading, it appears to be subject to Judge Hall's Order. The only relief that he mentions is relief from a judgment and the only judgement implicated appears to be the Middle District's denial of *habeas* relief. *See* doc. 1 at 3 (discussing the "[h]istory of the case's filings"). Accordingly, the Clerk is **DIRECTED** to **TRANSFER** this case to the United States District Court for the Middle District of Georgia, Macon Division, pursuant to Chief Judge Hall's Order in CV119-028.

**SO ORDERED,** this 19th day of April, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA